FREDERICK F. KLAWSON AND CAROLINE KLAWSON, HIS WIFE, PLAINTIFFS-RESPONDENTS, v. JOSEPH MAYO, DEFENDANT-APPELLANT.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the defendant-appellant, *John A. Matthews.*

For the plaintiffs-respondents, *Messrs. King & O'Brien.*

PER CURIAM.

The plaintiffs recovered judgments against the defendant.

Our examination of the testimony in this case leads us to the conclusion that there were disputed questions of fact

which were properly submitted to the jury by the trial judge, and that hence there was no error in refusing to nonsuit the plaintiffs nor in refusing to direct a verdict for the defendant. *Rush* v. *Commercial Realty Co., 7 N. J. Mis. R.* 337.

The judgment will be affirmed.